IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00669-LTB

MATTHEW A. SMITH,

    Plaintiff,

v.

BYRON WHITE 10TH CIRCUIT FEDERAL COURT, CO,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 10, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 10 day of March, 2014.

                           FOR THE COURT,

                           JEFFREY P. COLWELL, Clerk

                           By: s/T.Lee
                              Deputy Clerk