IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00669-LTB

MATTHEW A. SMITH,

    Plaintiff,

v.

BYRON WHITE 10TH CIRCUIT FEDERAL COURT, CO,

    Defendant.

## ORDER IMPOSING FILING RESTRICTIONS

In an order filed on March 10, 2014, the Court dismissed the instant action and directed Plaintiff, Matthew A. Smith, to show cause why certain filing restrictions should not be imposed. Mr. Smith was warned that the specified filing restrictions would be imposed if he failed to show good cause within twenty-one days. Mr. Smith has failed to show good cause within the time allowed and he has failed to respond in any way to the Court's March 10 order. Therefore, as discussed in the Court's March 10 order, Mr. Smith will be prohibited from filing any new action in the United States District Court for the District of Colorado without the representation of a licensed attorney admitted to practice in the District of Colorado unless he obtains permission to proceed *pro se*. In order to obtain permission to proceed *pro se*, Mr. Smith must take the following steps:

    1.    File with the clerk of this Court a motion requesting leave to file a *pro se* action.

    2.    Include in the motion requesting leave to file a *pro se* action the following information:

      A.     A list of all lawsuits currently pending or filed previously in the District of Colorado, including the name, number, and citation, if applicable, of each case, and the current status or disposition of each case; and

      B.     A statement of the legal issues to be raised in the proposed new pleading and whether he has raised the same issues in other proceedings in the District of Colorado. If so, he must cite the case number and docket number where the legal issues previously have been raised.

3.     Submit the proposed new pleading to be filed in the *pro se* action.

The motion requesting leave to file a *pro se* action and the proposed new pleading shall be submitted to the clerk of the Court, who shall forward them to the judicial officer designated by the Chief Judge pursuant to D.C.COLO.CivR 8.1(a) for review. If the motion requesting leave to file a *pro se* action is denied, the matter will be dismissed. If the motion requesting leave to file a *pro se* action is granted, the case will proceed in accordance with the Federal Rules of Civil Procedure and the Local Rules of Practice of the United States District Court for the District of Colorado-Civil. Accordingly, it is

ORDERED that Mr. Smith is prohibited from filing any new action in the United States District Court for the District of Colorado without the representation of a licensed attorney admitted to practice in the District of Colorado unless he obtains permission to proceed *pro se* as described in this order. It is

FURTHER ORDERED that the clerk of the Court shall add Mr. Smith to the list of sanctioned litigants.

DATED at Denver, Colorado, this   4th   day of   April  , 2014.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court